

**RECEIVED**

**MAR 22 2018**

TONY R. MOORE  CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

CLINTON STRANGE,

Plaintiff

Case No. 5:18-CV-00283-EEF-MLH

v.

E G V COMPANIES INC.,

Defendant

## Notice to the Court of

## Voluntary Motion to Dismiss

## WITH PREJUDICE:

1. I, Clinton Strange, the Pro Se Plaintiff in this action wish to make a motion to the court to have this cased dismissed WITH PREJUDICE.

2. No one forced or coerced me into filing this dismissal motion, and it is done of my own free will.

3. The case number is 5:18-CV-00283-EEF-MLH

4. I swear that the above statements are true under the pains and penalties of Perjury of the laws of The United States of America.

Respectfully Submitted,

X _Clinton [signature]_          3-22-2018

Clinton Strange

Pro Se

7021 Winburn Drive

Greenwood, LA 71033